THE LAW FIRM OF
**HEURLIN SHERLOCK PANAHI**
1636 NORTH SWAN ROAD, SUITE 200
TUCSON, ARIZONA 85712-4096
TEL 520.319.1200
FAX 520.319.1221
emcneilus@hspatlaw.com

Eric J. McNeilus, SBN 021928
Attorney for Plaintiff/Debtor

**SOUTHERN ARIZONA LEGAL AID, INC.**
2342 East Broadway Boulevard, Suite 200
Tucson, Arizona 85719
bparker@sazlegalaid.org

Beverly B. Parker, SBN 023577
Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In Re:<br><br>JULIA VASQUEZ,<br><br>  Debtor.<br>_____<br><br>JULIA VASQUEZ, Plaintiff/Debtor; Dianne C. Kerns, Chapter 13 Trustee/Co-Plaintiff,<br><br>  vs.<br><br>PACIFIC COAST MORTGAGE, INC., an Arizona corporation; SAXON MORTGAGE, INC., a Virginia corporation; SAXON MORTGAGE SERVICES, INC, a Texas corporation; SAXON MORTGAGE,<br><br>  Defendants. | Case No. 4:08-bk-15510-EWH<br><br>Adv. No. 4:08-ap-00794-EWH<br><br>**PLAINTIFF/DEBTOR'S WITNESS AND EXHIBIT LIST**<br><br>**(Assigned to Hon. Eileen W. Hollowell)** |

Pursuant to the Court's Trial Scheduling Order, Plaintiff/Debtor Julia Vasquez (Vasquez) hereby discloses the list of witnesses and exhibits she will offer at the April 27, 2010, trial.

## **Witnesses**

1. Julia Vasquez

2. Representative of Pacific Coast Mortgage, Inc.

3. Vasquez reserves the right to call Bill Ohl as a rebuttal witness to any argument, evidence, or testimony that raises the issue of Vasquez's ability to understand the transactions at issue.

4. All witnesses listed by other parties to this litigation.

## **Exhibits**

1. Documents related to Vasquez's purchase of the subject residence in 1982; Bates-stamp labeled Vasquez 184 through Vasquez 211.

2. Documents related to Vasquez's September 2004 refinance of her mortgage loan; Bates-stamp labeled Vasquez 93 through 133.

3. Documents related to Vasquez's September 2005 refinance of her mortgage loan, Bates-stamp labeled Vasquez 20 through Vasquez 60; Vasquez 74 through Vasquez 86.

4. All documents disclosed by Saxon Mortgage, Inc., and/or Saxon Mortgage Services, Inc. related to Vasquez's September 2005 refinance of her mortgage loan.

5. Documents related to Vasquez obtaining a second mortgage on her residence in July 2006; Bates-stamp labeled Vasquez 139 through Vasquez 183.

6. All documents listed by other parties to this litigation.

DATED April 13, 2010.

                        HEURLIN SHERLOCK PANAHI

                        *s/ Eric J. McNeilus, SBN 021298*

                        _____
                        ERIC J. McNEILUS

DATED April 13, 2010.

                        SOUTHERN ARIZONA LEGAL AID, INC.

                        *s/ Beverly B. Parker, SBN 023577*

                        _____
                        BEVERLY B. PARKER

## CERTIFICATE OF SERVICE

The foregoing was served on the following counsel via United States Bankruptcy Court, District of Arizona's ECF system on April 13, 2010.

J. Lawrence McCormley
Lance R. Broberg
Tiffany & Bosco
2525 E Camelback Road
Phoenix, Arizona 85016-4237

Douglas A. Toleno
Pite Duncan, LLP
4375 Jutland Drive, Suite 200
San Diego, California 92117

Dianne C. Kerns
7320 N. La Cholla, #154-413
Tucson, AZ 85741

                        *s/ Casondra Nieto*

                        _____
                        Casondra Nieto