J. Lawrence McCormley
State Bar No. 005005
Lance R. Broberg
State Bar No. 024103

**TB** TIFFANY & BOSCO
P.A.

THIRD FLOOR CAMELBACK ESPLANADE II
2525 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016B4237
TELEPHONE: (602) 255-6000
FACSIMILE:   (602) 255-0103
EMAIL: lrb@tblaw.com

*Attorneys for Pacific Coast Mortgage, Inc.*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | (In proceedings under Chapter 13) |
| JULIA VASQUEZ, | Case No. 4:08-bk-15510-EWH |
| Debtor. | Adv. No. 4:08-ap-00794-EWH |
| JULIA VASQUEZ, | **PACIFIC COAST MORTGAGE'S LIST OF WITNESSES AND EXHIBITS** |
| Plaintiff/Debtor, | |
| v. | |
| PACIFIC COAST MORTGAGE, INC., an Arizona corporation; ANDREW R. FRANK and CANDICE CHARVOZ, husband and wife; SAXON MORTGAGE, INC., a Virginia corporation; LAWRENCE E. FOURNIER and MARY LOUIS FOURNIER, husband and wife, as trustees of The Fournier Revocable Trust; PRIME CAPITAL, INC., an Arizona corporation, | |
| Defendants. | |

429318                                                                                                         1

Defendant Pacific Coast Mortgage, Inc., hereby submits its list of witnesses & exhibits.

**I.  Defendant's Witnesses:**

1. Zachary Arnold
2. Alfonso Aguirre
3. Brian Harvey
4. Gustavo Molina

**II.  Defendant's Exhibits:**

1. Loan Escrow Instructions and related materials dated September 10, 2004 [Vasquez 93-99]
2. Loan Escrow Instructions and related materials dated September 10, 2004 [Vasquez 100-103]
3. Account Servicing Agreement [Vasquez 104-109]
4. Notice of Right to Cancel [Vasquez 110-111]
5. Acceptance of Joint Tenancy [Vasquez 112-113]
6. Fidelity National Title Letter dated September 23, 2004 [Vasquez 114]
7. Invoice [Vasquez 115]
8. Summary Appraisal Report [Vasquez 116-127]
9. Deed of Trust dated September 10, 2004 [Vasquez 128-131]
10. Acceptance of Joint Tenancy [Vasquez132-133]
11. Uniform Residential Loan Application documents [Vasquez 1-15]
12. Saxon Mortgage loan documents [Vasquez 20-86]
13. Prime Capital loan documents [Vasquez 134-183]
14. HUD loan documents [Vasquez 184-274]
15. Personal documents relative to Ms. Vasquez [Vasquez 275-418]
16. Deposition transcript of Judy Duffek, dated March 2, 2010, including all exhibits thereto.
17. Financial Breakdown of Vasquez' budget produced by Vasquez at or around the time of the parties' settlement agreement. [Item is not bates labeled. If Vasquez would like a copy of the document she produced, one will be provided]
18. Any and all documents filed with the court in this matter.

19. Any and all exhibits identified in Plaintiff's list of witnesses and exhibits, or any other list of witnesses and exhibits, or produced after the preparation of this list of witnesses and exhibits, to the extent permitted.

20. Defendant expressly reserves the right to supplement and list additional exhibits that become necessary as responsive to or otherwise relevant because of any exhibit(s) identified in Plaintiffs' list of witnesses and exhibits.

Defendant expressly reserve the right to produce exhibits not listed herein for impeachment purposes.

RESPECTFULLY SUBMITTED this 13th day of April, 2009.



By: ___*/s/ Lance R. Broberg*___
J. Lawrence McCormley
Lance R. Broberg
Third Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016-4237
***Attorneys for Pacific Coast Mortgage, Inc.***

ORIGINAL filed electronically with the United States Bankruptcy Court, District of Arizona, this 13th day of April, 2010, and a copy mailed the 13th day of April 2010 to:

Eric J. McNeilus
HEURLIN SHERLOCK PANAHI
1636 North Swan Road, Suite 200
Tucson, AZ 85712-4096
*Attorney for Plaintiff/Debtor*

Beverly B. Parker
SOUTHERN ARIZONA LEGAL AID, INC.
2342 East Broadway Blvd., Suite 200
Tucson, AZ 85719
*Attorney for Plaintiff/Debtor*