**ORDERED.**

**Dated: May 18, 2010**



_____
**EILEEN W. HOLLOWELL**
**U.S. Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | (In proceedings under Chapter 13) |
| JULIA VASQUEZ, | Case No. 4:08-bk-15510-EWH |
| Debtor. | Adv. No. 4:08-ap-00794-EWH |
| JULIA VASQUEZ, | **ORDER** |
| Plaintiff/Debtor, | |
| v. | |
| PACIFIC COAST MORTGAGE, INC., an Arizona corporation; ANDREW R. FRANK and CANDICE CHARVOZ, husband and wife; SAXON MORTGAGE, INC., a Virginia corporation; LAWRENCE E. FOURNIER and MARY LOUIS FOURNIER, husband and wife, as trustees of The Fournier Revocable Trust; PRIME CAPITAL, INC., an Arizona corporation, | |
| Defendants. | |

This matter, between Debtor/Plaintiff Julia Vasquez ("Plaintiff") and Defendant Pacific Coast Mortgage, Inc. ("Pacific Coast") was set for trial on April 27, 2010. After presentation of Plaintiff's case in chief, Pacific Coast moved for a directed verdict

dismissing Count I with prejudice as time-barred by the three year statute of limitations set forth in A.R.S. § 12-543. Argument was heard and good cause appearing,

IT IS ORDERED, granting Pacific Coast's Motion.

IT IS FURTHER ORDERED, dismissing *with prejudice* Count I of the Third Amended Complaint against Defendant Pacific Coast Mortgage, Inc. asserting a claim for fraudulent inducement. No additional claims remain as against Defendant Pacific Coast Mortgage, Inc.

IT IS FURTHER ORDERED that claim(s) against at least one other party remains in this action and that the Court makes an express determination that there is no just reason for delay and directs the entry of final judgment in favor of, and dismissing all claims against, Pacific Coast Mortgage, Inc. pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

**DATED AND SIGNED ABOVE.**